**Juan CARMONS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 55097.**

Missouri Court of Appeals, Western District.

June 23, 1998.

Tara L. Jensen, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

The movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. Affirmed. Rule 84.16(b).